## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**LAWRANCE D. MAHOMES**

ADC #152147                                                              **PLAINTIFF**

**v.**                          **CASE NO. 4:26-CV-00485 BSM**

**JERRY DON RAMEY, Circuit Judge,**
**Conway County Court**                                                  **DEFENDANT**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 29th day of May 2026.

_____
UNITED STATES DISTRICT JUDGE